# UNITED STATES DISTRICT COURT
## District of Minnesota

Julie Miller,

**JUDGMENT IN A CIVIL CASE**

                Plaintiff(s),

v.                                           Case Number: 16-cv-2022 JRT/LIB

Starkey Laboratories, Inc.,

                Defendant(s).

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

   1.  Plaintiffs' Motions to Remand to State Court [Case No. 16-2021, Docket No. 11; Case No. 16-2022, Docket No. 9] are GRANTED in part and DENIED in part as follows:

      a.  The motions to Remand to State Court [Case No. 16-2021, Docket No. 11 and Case No. 16-2022, Docket No. 9] are GRANTED.

      b.  The motions for an award of costs and fees [Case No. 16-2021, Docket No. 11 and Case No. 16-2022, Docket No. 9] are DENIED.

      c.  Guggenberger v. Starkey Laboratories, Inc. [Case No. 16-2021] and Miller v. Starkey Laboratories, Inc. [Case No. 16-2022] are REMANDED to the State of Minnesota District Court, Fourth Judicial District, County of Hennepin.

   2.  Defendant Starkey Laboratories, Inc.'s Motions to Stay Litigation, or Alternatively, to Stay Discovery [Case No. 16-2021, Docket No. 28] [Case No. 16-2022, Docket No. 21], the United States of America's Motions for Permissive Intervention [Case No. 16-2021, Docket No. 33] [Case No. 16-2022, Docket No. 26], and the United States of America's Motions to Stay Discovery [Case No. 16-2021, Docket No. 34] [Case No. 16-2022, Docket No. 27] are DENIED as moot.

Date: 12/29/2016                                           RICHARD D. SLETTEN, CLERK

                                                                         s/LP Holden
                                                        (By)   LP Holden, Deputy Clerk